JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JUAN GARCIA,

                Petitioner,

          v.

B. BIRKHOLZ, Warden,

                Respondent.

Case No. 2:23-cv-00449-CJC (SP)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied, and this action is dismissed without prejudice.

Dated: <u>July 17, 2023</u>

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE